IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> AARON AVRECH; HEATHER AVRECH, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC., a Delaware Corporation, <br><br> Defendant. | MDL No. 3019 <br><br> Master Case No. 4:21-MD-03019-BCW <br><br> Hon. Brian C. Wimes <br><br> W.D. Mo. Case No. 4:21-cv-00874-BCW (Originally N.D. Cal. Case No. 5:21-cv-06660-BLF) |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Aaron Avrech and Heather Avrech, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims filed in the above referenced individual case, which was originally filed in the Northern District of California, then transferred to this District and consolidated for pretrial purposes. No answer or motion for summary judgment has been filed. This dismissal is without prejudice.

Dated: March 13, 2022

Respectfully submitted,

**BATHAEE DUNNE LLP**

_____
Brian J. Dunne (*pro hac vice*)
bdunne@bathaeedunne.com
633 West Fifth Street, Suite 2600
Los Angeles, CA 90071
(213) 462-2772

Yavar Bathaee (*pro hac vice*)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v.* forthcoming)
egrauman@bathaeedunne.com
Andrew Chan Wolinsky (*p.h.v.* forthcoming)
awolinsky@bathaeedunne.com
445 Park Ave., 9th Floor
New York, NY 10022
(332) 205-7668

*Counsel for Plaintiffs in Avrech v. T-Mobile, 4:21-cv-00874*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of March 2022, I caused a copy of the foregoing to be e-filed and served via the Court's electronic filing system to all parties and counsel receiving electronic service.

      /s/ Brian J. Dunne
      Brian J. Dunne